389 P.3d 133

**STATE of Hawai'i, Plaintiff-Appellee,**

v.

**Joel LONZAGA, Defendant-Appellant**

**NO. CAAP-15-0000572**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i,
January 20, 2017.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CR. NO. 14-1-0833)

## MEMORANDUM OPINION

Affirmed.

389 P.3d 133

**STATE of Hawai'i, Plaintiff-Appellee,**

v.

**Tanner Keawe AYAU, Defendant-Appellant.**

**NO. CAAP-14-0001053**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i,
January 23, 2017

APPEAL FROM THE DISTRICT COURT OF THE THIRD CIRCUIT
(CASE NO. 3DTC-14-050186)

## SUMMARY DISPOSITION ORDER

Vacate. Remand.

389 P.3d 133

**STATE of Hawai'i, Plaintiff-Appellee,**

v.

**Dino J. D'ANNIBALE, Defendant-Appellant**

**NO. CAAP-14-0000715**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i,
January 26, 2017.

APPEAL FROM THE CIRCUIT COURT OF THE FIFTH CIRCUIT
(CR NO. 12-1-0348)

## SUMMARY DISPOSITION ORDER

Affirmed.